UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY SCOON,

                Plaintiff,                    No. 19-13440

v.                                        District Judge Denise Page Hood
                                          Magistrate Judge R. Steven Whalen

RITCHIE ENTERPRISES, LLC,
ET AL.,

                Defendant.

_____ /

**ORDER**

      For the reasons and under the terms stated on the record on October 13, 2020,

Plaintiff's Motion to Compel Discovery Responses [ECF No. 52] is GRANTED IN

PART AND DENIED IN PART.[1]

      As to Interrogatory No. 7, Defendant will supplement its Rule 26(a)(1) initial

disclosures.

      As to Interrogatory No. 11 and Request to Produce No. 10, the Defendants will

supplement their responses to indicate that they do not possess the requested information

beyond what they have already provided.

      IT IS SO ORDERED.

Date: October 13,2020                s/R. Steven Whalen_____
                                  R. Steven Whalen
                                  United States Magistrate Judge

---

[1] Prior to the hearing, the parties resolved disputes regarding Interrogatories 9 and 10, and Requests to Produce 9, 11, 13, 16, and 17. The terms of the parties' agreement were placed on the record on October 13, 2020, and are incorporated into this Order.

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent to parties of record on October 13, 2020 electronically and/or by U.S. mail.


s/Carolyn M. Ciesla
Case Manager