**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EMILY SCOON,

    Plaintiff,

                                    CASE NO. 19-13440
v.                                     HON. DENISE PAGE HOOD

RITCHIE ENTERPRISES, LLC, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO ADJOURN TRIAL
## AND
## SETTING DATES

This matter is before the Court on Defendants' Motion to Adjourn Trial. Plaintiff opposes the motion, but requests that an adjournment, if any, be the first three weeks of February 2023. Since the filing of this motion, Defendants filed a Motion to Compel, which has been referred to the Magistrate Judge. The Court, having reviewed the motion, the recent filings by the parties, and finding good cause, accordingly,

IT IS ORDERED that the Motion to Adjourn Trial (ECF No. 87) is GRANTED. The following schedule applies to this matter:

| | |
|---|---|
| The proposed Joint Final Pretrial Order (see LR 16.2) must be submitted by and Motions in Limine must be filed by: | Jan. 8, 2024 |
| The Final Pretrial Conference is reset to: | Jan. 23, 2024, 2:00 pm |

    The Trial is reset to:                                Feb. 13, 2024, 9:00 am

    SO ORDERED.

                                                <u>s/Denise Page Hood</u>
                                                United States District Judge

DATED:   December 6, 2023