UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EMILY SCOON | ) Case No.: 19-cv-13440 |
| | ) HONORABLE DENISE PAGE HOOD |
| Plaintiff, | ) |
| | ) |
| v | ) |
| | ) |
| RITCHIE ENTERPRISES, LLC, SANDUSKY INVESTMENTS, LLC and DONALD DUANE RITCHIE, In his personal and professional capacities; | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

SALVATORE PRESCOTT & PORTER, PLLC
BY: SARAH S. PRESCOTT (P70510)
     ANNEMARIE SMITH-MORRIS (P87221)
Attorneys for Plaintiff
105 E. Main Street
Northville, MI 48167
(248) 679-8711
_____

O'NEILL, WALLACE & DOYLE, P.C.
BY: CHRISTOPHER J. MARKER (P81564)
     DAVID CARBAJAL (P41130)
Attorneys for Defendants
300 St. Andrews Road, Suite 302
Saginaw, MI 48638
(989) 790-0960
_____

JOHNSTON, SZTYKIEL, HUNT, FRASER, GOLD & BARRON, P.C.
BY: JEANNE V. BARRON (P37138)
Attorneys for Defendants
3250 West Big Beaver, Ste. 500
Troy, MI 48084
(248) 641-1800
_____

## STIPULATION OF DISMISSAL

NOW COME the above-named parties, by and through their respective counsel, hereby stipulate and agree that Defendants, RITCHIE ENTERPRISES, LLC, SANDUSKY INVESTMENTS, LLC and DONALD DUANE RITCHIE, be dismissed from the above-entitled action, with prejudice and without costs to either party.

Dated: __4/4/2024__

/s/ANNEMARIE SMITH-MORRIS (P87221)
ANNEMARIE SMITH-MORRIS (P87221)
Attorney for Plaintiff

Dated: __4/4/2024__

/s/CHRISTOPHER J. MARKER (P81564)
CHRISTOPHER J. MARKER (P81564)
JEANNE V. BARRON (P37138)
Attorneys for Defendants

## ORDER OF DISMISSAL

Upon reading and filing of the above Stipulation signed by the attorneys for the respective parties;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants Ritchie Enterprises, LLC, Sandusky Investments, LLC and Donald Duane Ritchie are dismissed from this action with prejudice and without costs to either party.

**This Order constitutes a Final Order and closes this case.**

S/DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: April 18, 2024